# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Center for Inquiry, Inc., and Eric McCutchan
Plaintiff

v.

Mary Louise Nicholson in her capacity as Clerk of Tarrant County, Texas, and Phil Sorrells in his capacity as District Attorney of Tarrant County, Texas
Defendant

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Center for Inquiry, Inc. and Eric McCutchan

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Center for Inquiry, Inc., Eric McCutchan, Center for Inquiry - Austin, all Certified Secular Celebrants, all couples desiring to be married by Certified Secular Celebrants, Attorney General of Tarrant County, Clerk of Tarrant County, and all Judges of Tarrant County.

| | |
|---|---|
| Date: | October 25, 2024 |
| Signature: | /s/ M. Scott Barnard |
| Print Name: | M. Scott Barnard |
| Bar Number: | 24001690 |
| Address: | 2300 N. Field Street, Suite 1800 |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | (214) 969-2800 |
| Fax: | (214) 969-4343 |
| E-Mail: | sbarnard@akingump.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.