UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CENTER FOR INQUIRY, INC., AND ERIC MCCUTCHAN; <br>     *Plaintiffs*, <br><br> v. <br><br> MARY LOUISE NICHOLSON IN HER CAPACITY AS CLERK OF TARRANT COUNTY, TEXAS, AND PHIL SORRELLS IN HIS CAPACITY AS DISTRICT ATTORNEY OF TARRANT COUNTY, TEXAS; <br>     *Defendants*. | Case No. 4:24-cv-01039-O |

**ORDER GRANTING DEFENDANT-INTERVENOR THE ATTORNEY GENERAL OF TEXAS'S MOTION TO DISMISS**

ON THIS DAY came on to be heard Defendant-Intervenor The Attorney General of Texas's Motion to Dismiss Plaintiff's Original ("Motion"). After due consideration, the Court finds said Motion to be meritorious.

It is therefore ORDERED that Defendant-Intervenor The Attorney General of Texas's Motion is GRANTED.

It is further ORDERED that Plaintiff's claims are dismissed with prejudice in their entirety.

_____
HONORABLE REED O'CONNOR
UNITED STATES DISTRICT JUDGE