IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIC MCCUTCHAN, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-01039-O |
| | § | |
| MARY LOUISE NICHOLSON, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Defendants' Motion to Dismiss ECF No. 16 and Office of the Attorney General of Texas's Motion to Dismiss, ECF No. 20. Plaintiffs requested an oral argument on the pending Motions and represent that "the associate attorney on this matter, Madison M. Gafford, will present oral argument." ECF No. 22 at 24. In order to resolve this dispute and best adjudicate this matter, the Court sets an in-person hearing on **Wednesday, April 16, 2025,** at **3:00 pm** to discuss this motion. The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas**.

Additionally, before the Court is Defendant-Intervenor Attorney General of Texas's Motion to Intervene. ECF No. 19. Having considered the Motion, and noting that it is unopposed, the Motion is **GRANTED**.

**SO ORDERED** on this **9th day** of **April, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE